## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 17th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Deborah W. Fallis, Esq.
Heller Draper Hayden Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6013

_____
Mary E. Augustine (No. 4477)

617813v1